IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DANIEL DRZYMALLA,**<br><br>    Plaintiff,<br><br> v.<br><br>**THE BELT RAILWAY COMPANY OF CHICAGO,**<br><br>    Defendant. | No. 19-cv-06655<br><br>Judge Charles R. Norgle, Sr<br><br>Magistrate Judge Jeffrey I. Cummings |

## JOINT STATUS REPORT

Defendant The Belt Railway Company of Chicago ("Defendant"), and Plaintiff Daniel Drzymalla ("Plaintiff") hereby submit their Joint Status Report pursuant to Chief Judge Rebecca Pallmeyer's General Order dated April 24, 2020 (Dkt. No.14) as follows:

**I. DISCOVERY**

The Parties exchanged initial disclosures. Defendant issued written discovery requests on February 11, 2020. Plaintiff requested, and Defendant agreed, to extend the deadline for responding from March 12 to March 19, 2020. Plaintiff produced documents in response to Defendant's discovery requests in March, but did not respond to Defendant's written discovery requests until April 29, 2020, pursuant to an apparent belief that the extensions set forth in the Court's Amended, Second Amended, and Third Amended General Order 20-0012, retroactively extended the agreed upon deadline as well as the deadlines referenced in those orders. Defendant will produce documents identified in its initial disclosures and issue subpoenas for documents to Plaintiff's health care providers. Plaintiff anticipates issuing written discovery requests by May 29, 2020.

Once it is safe to do so, Defendant anticipates deposing Plaintiff and any expert identified by Plaintiff. Plaintiff anticipates deposing four to five individuals dependent upon Defendant's discovery responses.

## II.  STATUS OF SETTLEMENT

Plaintiff made a settlement demand prior to initiating this action. The parties have not engaged in settlement discussions since this action was initiated.

## III.  OTHER MATTERS

None at this time.

Dated: May 18, 2020                                                                 Respectfully submitted,

| */s/ Jaclyn N. Diaz* | */s/ Amanda E. Inskeep* |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Jaclyn Diaz<br>Ed Fox & Associates<br>300 W. Adams St.<br>Suite 330<br>Chicago, IL 60606 | Jeff Nowak<br>Amanda E. Inskeep<br>LITTLER MENDELSON, P.C.<br>A Professional Corporation<br>321 North Clark Street<br>Suite 1000<br>Chicago, IL  60654<br>312.372.5520 |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 18, 2020, she caused a copy of ***Joint Status Report*** to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which sent electronic notification of such filing to the following ECF participants:

Jaclyn N. Diaz
Ed Fox & Associates, Ltd.
300 West Adams Street
Suite 330
Chicago, IL 60606
jdiaz@foxlaw.com

                                                                                                   */s/Amanda E. Inskeep*
                                                                                                   Amanda E. Inskeep

4843-1266-8860.1 102602.1002