# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DANIEL DRZYMALLA,** | |
| Plaintiff, | No. 19-cv-06655 |
| v. | Judge: Charles R. Norgle, Sr. |
| **THE BELT RAILWAY COMPANY OF CHICAGO,** | Magistrate Judge: Jeffrey I. Cummings |
| Defendant. | |

## AGREED MOTION REQUESTING REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND TO EXTEND CERTAIN DEADLINES

Defendant Belt Railway Company of Chicago and Plaintiff Daniel Drzymalla hereby request that the Court refer the parties to a Magistrate Judge for a settlement conference and to extend certain post-discovery deadlines. In support of their agreed motion, the parties state as follows:

1. The parties recently completed depositions in this matter.

2. Over the past week, the parties have restarted settlement discussions and are at a point where they believe there is a good chance to resolve this matter with the assistance of a Magistrate Judge at a settlement conference.

3. The Magistrate Judge in this matter is Judge Cummings, who the parties have confirmed has availability in August 2021 to conduct a settlement conference. As such, the parties request referral to Judge Cummings for a settlement conference.

4. The parties request that certain pre-trial deadlines be modestly extended so as to facilitate the parties' settlement discussions. Specifically, they request that the current deadline to file a motion for summary judgment be extended to September 30, 2021. Further, they request

that the pretrial order deadline be extended to December 31, 2021.

WHEREFORE, the parties request that they be referred to Magistrate Judge Cummings for the purpose of conducting a settlement conference, that the dispositive motion deadline be extended to September 30, 2021, and that the PTO deadline be extended to December 31, 2021.

Dated: July 19, 2021                          Respectfully submitted,

*/s/ Jaclyn N. Diaz*                        */s/ Jeff Nowak*
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

Jaclyn Diaz                                      Jeff Nowak
Ed Fox & Associates                     LITTLER MENDELSON, P.C.
300 W. Adams St.                         A Professional Corporation
Suite 330                                         321 North Clark Street
Chicago, IL 60606                        Suite 1000
                                                       Chicago, IL 60654
                                                       312.372.5520

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 19, 2021, he caused a copy of *Agreed Motion for Referral to Magistrate and to extend certain deadlines* to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which sent electronic notification of such filing to the following ECF participants:

Jaclyn N. Diaz<br>
Ed Fox & Associates, Ltd.<br>
300 West Adams Street<br>
Suite 330<br>
Chicago, IL 60606<br>
jdiaz@efoxlaw.com

                                                 */s/Jeff Nowak*
                                                  Jeff Nowak